IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robert Dorelle Chatman, <br><br> Plaintiff, <br><br> -vs- <br><br> Cass County Jail and Federal Courts, <br><br> Defendants. | Case No. 3:16-cv-286 <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends as follows: (1) Chatman's claims against the Cass County jail and the federal courts be dismissed with prejudice; (2) Chatman's claims regarding dietary needs and medical needs be dismissed without prejudice; (3) the official capacity claims be dismissed without prejudice; and (4) that Chatman's complaint be dismissed in its entirety. The Report and Recommendation was initially returned as undeliverable.[2] It was resent on October 28, 2016, to a different address and has not been returned. No objection has been filed and the time for doing so has expired.

After reviewing the magistrate judge's Report and Recommendation and the record, the court finds the magistrate judge's analysis and recommendations for disposition are appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. **IT IS HEREBY ORDERED**:

(1) all claims against the Cass County Jail and the federal courts are **DISMISSED with prejudice**;

---

[1] Doc. #10.

[2] Doc. #11.

(2) Chatman's claims regarding his dietary and medical needs are **DISMISSED without prejudice**;

(3) Chatman's official capacity claims are **DISMISSED without prejudice**;

(4) Chatman's request for clemency is **DENIED** since courts lack the authority to grant such requests; and

(5) Chatman's complaint is **DISMISSED** in its entirety.

The court finds that any appeal would be frivolous, could not be taken in good faith, and may not be taken *in forma pauperis*.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 7th day of December, 2016.

/s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court